# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Coleman, Sharon J. | 2. Court or Organization<br><br>Norhtern District of Illinois | 3. Date of Report<br><br>01/06/2022 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| 219 S. Dearborn Street-Chambers 1260<br>Chicago, Illinois 60604 |

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct professor | Northwestern University School of Law, Chicago, Illinois |
| 2. Member | The Women's Board of University of Chicago |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 01/06/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2020 | Northwestern University School of Law-teaching | $2,500.00 |
| 2. 2020 | State of Illinois Employee Pension Fund: Pension | $18,200.00 |
| 3. 2020 | Cook County Employee Retirement Fund: Pension | $2,700.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Executive Consultants United, LLC/United Med. Dept.; Consulting Business |
| 2. 2020 | Blue Cross Blue Shield of Michigan |
| 3. 2020 | Coleman Brothers Barber Shop, LLC |
| 4. 2020 | Fidelity Pension |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PHH (transferred from Bank of America) | Rental Property-Mortgage #1, Chicago, IL (Pt. VII, Line 3) | M |
| 2. Cardmember Card | Credit Card | K |
| 3. SBA | Business Loan | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank | A | Interest | L | T | | | | | |
| 2. Chase | A | Interest | J | T | | | | | |
| 3. Fidelity Treasury Money Market Fund | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 4. | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 5. First Eagle Global Class I | | None | J | T | Buy | 02/05/20 | J | | |
| 6. | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 7. | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 8. FPA Crescent Fund | | None | J | T | Buy | 02/05/20 | J | | |
| 9. | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 10. | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 11. | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 12. | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 13. Invesco Intl Small Mid Company Y | | None | J | T | Sold (part) | 02/04/20 | J | A | |
| 14. Loomis Sayles Global Allocation Class Y | | None | J | T | Sold (part) | 02/04/20 | J | A | |
| 15. Permanent Portfolio | | None | J | T | Sold (part) | 02/04/20 | J | A | |
| 16. Thornburg Global Oppt Fd Instl Cl | | None | J | T | Sold (part) | 02/04/20 | J | A | |
| 17. Berkshire Hathaway Inc Com USD0.0033 Class B | | None | K | T | Buy | 02/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | K | T | Buy | 04/06/20 | J | | |
| 19. | | | K | T | Buy | 05/04/20 | J | | |
| 20.    DFA International Core Equity | | None | K | T | Buy | 02/04/20 | J | | |
| 21. | A | Dividend | K | T | Buy | 03/30/20 | J | | |
| 22. | | | K | T | Buy | 04/06/20 | J | | |
| 23. | | | K | T | Buy | 05/04/20 | J | | |
| 24. | A | Dividend | K | T | Buy | 06/29/20 | J | | |
| 25. | A | Dividend | K | T | Buy | 09/29/20 | J | | |
| 26. | A | Dividend | K | T | Buy | 12/14/20 | J | | |
| 27.    Fidelity Treasury Money Market Fund | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 28. | A | Dividend | K | T | Buy | 02/28/20 | J | | |
| 29. | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 30. | A | Dividend | K | T | Buy | 04/30/20 | J | | |
| 31. | A | Dividend | K | T | Buy | 05/29/20 | J | | |
| 32. | A | Dividend | K | T | Buy | 06/30/20 | J | | |
| 33. | A | Dividend | K | T | Buy | 07/31/20 | J | | |
| 34. | A | Dividend | K | T | Buy | 08/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | A | Dividend | K | T | Buy | 09/30/20 | J | | |
| 36. | A | Dividend | K | T | Buy | 10/30/20 | J | | |
| 37. | A | Dividend | K | T | Buy | 11/30/20 | J | | |
| 38. | A | Dividend | K | T | Buy | 12/31/20 | J | | |
| 39. First Eagle Global Class I | | None | K | T | Sold<br>(part) | 02/04/20 | K | A | |
| 40. | | | K | T | Buy | 03/25/20 | J | | |
| 41. | A | Dividend | K | T | Buy | 12/01/20 | J | | |
| 42. | A | Dividend | K | T | Buy | 12/01/20 | J | | |
| 43. FPA Crescent Fund | | None | K | T | Sold<br>(part) | 02/04/20 | K | A | |
| 44. | A | Dividend | K | T | Buy | 06/29/20 | J | | |
| 45. | A | Dividend | K | T | Buy | 06/29/20 | J | | |
| 46. | A | Dividend | K | T | Buy | 12/18/20 | J | | |
| 47. | A | Dividend | K | T | Buy | 12/18/20 | J | | |
| 48. FPA New Income | | None | K | T | Buy | 08/07/20 | K | | |
| 49. | A | Dividend | K | T | Buy | 08/28/20 | J | | |
| 50. | A | Dividend | K | T | Buy | 09/29/20 | J | | |
| 51. | A | Dividend | K | T | Buy | 10/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | A | Dividend | K | T | Buy | 11/30/20 | J | | |
| 53. | A | Dividend | K | T | Buy | 12/18/20 | J | | |
| 54. Invesco Intl Small Mid Company Y | | None | J | T | Sold (part) | 02/04/20 | J | A | |
| 55. IShares Core S&P Small-Cap E | | None | J | T | Buy | 02/04/20 | J | | |
| 56. | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 57. | | | J | T | Buy | 04/06/20 | J | | |
| 58. | | | J | T | Buy | 05/04/20 | J | | |
| 59. | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 60. | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 61. | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 62. IShares Inc Core MSCI Emerging Mkts ETF | | None | J | T | Buy | 02/04/20 | J | | |
| 63. | | | J | T | Sold (part) | 03/20/20 | J | A | |
| 64. | | | J | T | Buy | 04/06/20 | J | | |
| 65. | | | J | T | Buy | 05/04/20 | J | | |
| 66. | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 67. | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 68. IShares S&P 500 | | None | K | T | Buy | 02/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 70. | | | K | T | Buy | 04/06/20 | J | | |
| 71. | | | K | T | Buy | 05/04/20 | J | | |
| 72. | A | Dividend | K | T | Buy | 06/19/20 | J | | |
| 73. | A | Dividend | K | T | Buy | 09/29/20 | J | | |
| 74. | A | Dividend | K | T | Buy | 12/18/20 | J | | |
| 75. Loomis Sayles Global Allocation Class Y | | None | J | T | Sold (part) | 02/04/20 | K | B | |
| 76. Oakmark Equity and Income FD Instl | | None | J | T | Buy | 02/04/20 | J | | |
| 77. | | | J | T | Buy | 04/06/20 | J | | |
| 78. | | | J | T | Buy | 05/04/20 | J | | |
| 79. | A | Dividend | J | T | Buy | 12/10/20 | J | | |
| 80. | A | Dividend | J | T | Buy | 12/10/20 | J | | |
| 81. Permanent Portfolio | | None | J | T | Sold (part) | 02/04/20 | K | A | |
| 82. T Rowe Price Capital Appreciation I Class | | None | J | T | Buy | 02/04/20 | J | | |
| 83. | | | J | T | Buy | 04/06/20 | J | | |
| 84. | | | J | T | Buy | 05/04/20 | J | | |
| 85. | A | Dividend | J | T | Buy | 12/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | A | Dividend | J | T | Buy | 12/14/20 | J | | |
| 87. | A | Dividend | J | T | Buy | 12/14/20 | J | | |
| 88. Thornburg Global Oppt Fd Instl CL | | None | J | T | Sold (part) | 02/04/20 | K | C | |
| 89. United States Treas Bills Zero CPN 0.00000% 08/06/2020 | | None | J | T | Buy | 02/05/20 | K | | |
| 90. | | | J | T | Redeemed (part) | 08/06/20 | K | A | |
| 91. Vaneck Vectors ETF TR Morningstar Wide | | None | J | T | Buy | 02/04/20 | J | | |
| 92. | | | J | T | Buy | 04/06/20 | J | | |
| 93. | | | J | T | Buy | 05/04/20 | J | | |
| 94. | A | Dividend | J | T | Buy | 12/28/20 | J | | |
| 95. Angel Oak Multi Strategy Inc Instl | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 96. | A | Dividend | J | T | Buy | 02/04/20 | J | | |
| 97. | | | J | T | Sold (part) | 02/04/20 | K | B | |
| 98. Berhshire Hathaway Inc Com USD0.0033 Class B | | None | L | T | Buy | 02/04/20 | L | | |
| 99. DFA International Core Equity | | None | L | T | Buy | 02/04/20 | L | | |
| 100. | A | Dividend | L | T | Buy | 03/30/20 | L | | |
| 101. | A | Dividend | L | T | Buy | 06/29/20 | L | | |
| 102. | A | Dividend | L | T | Buy | 09/29/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | L | T | Buy | 12/14/20 | L | | |
| 104. DWS Global High Income Fund-Inst | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 105. | | | J | T | Sold (part) | 02/04/20 | K | C | |
| 106. | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 107. Fidelity Treasury Money Market Fund | A | Dividend | P1 | T | Buy | 01/31/20 | J | | |
| 108. | B | Dividend | P1 | T | Buy | 02/28/20 | J | | |
| 109. | A | Dividend | P1 | T | Buy | 03/31/20 | J | | |
| 110. | A | Dividend | P1 | T | Buy | 04/30/20 | J | | |
| 111. | A | Dividend | P1 | T | Buy | 05/29/20 | J | | |
| 112. | A | Dividend | P1 | T | Buy | 06/30/20 | J | | |
| 113. | A | Dividend | P1 | T | Buy | 07/31/20 | J | | |
| 114. | A | Dividend | P1 | T | Buy | 08/31/20 | J | | |
| 115. | A | Dividend | P1 | T | Buy | 09/30/20 | J | | |
| 116. | A | Dividend | P1 | T | Buy | 10/30/20 | J | | |
| 117. | A | Dividend | P1 | T | Buy | 11/30/20 | J | | |
| 118. | A | Dividend | P1 | T | Buy | 12/31/20 | J | | |
| 119. First Eagle Global Class I | | None | M | T | Buy | 03/25/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | B | Dividend | M | T | Buy | 12/01/20 | K | | |
| 121. | B | Dividend | M | T | Buy | 12/01/20 | K | | |
| 122. FPA Crescent Fund | B | Dividend | L | T | Buy | 06/29/20 | L | | |
| 123. | A | Dividend | L | T | Buy | 06/29/20 | L | | |
| 124. | B | Dividend | L | T | Buy | 12/18/20 | L | | |
| 125. | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 126. FPA New Income | | None | M | T | Buy | 08/07/20 | M | | |
| 127. | A | Dividend | M | T | Buy | 08/28/20 | M | | |
| 128. | A | Dividend | M | T | Buy | 09/29/20 | M | | |
| 129. | A | Dividend | M | T | Buy | 10/30/20 | M | | |
| 130. | A | Dividend | M | T | Buy | 11/30/20 | M | | |
| 131. | A | Dividend | M | T | Buy | 12/18/20 | M | | |
| 132. Invesco Developing Markets Y | | None | J | T | Sold (part) | 02/04/20 | M | E | |
| 133. Invesco Intl Small Mid Company Y | | None | J | T | Sold (part) | 02/04/20 | K | D | |
| 134. Invesco Senior Floating Rate Y | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 135. | | | J | T | Sold (part) | 02/04/20 | M | D | |
| 136. | A | Dividend | J | T | Buy | 02/28/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares Core S&P Small-Cap E | | None | K | T | Buy | 02/04/20 | J | | |
| 138. | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 139. | A | Dividend | K | T | Buy | 06/19/20 | J | | |
| 140. | A | Dividend | K | T | Buy | 09/29/20 | J | | |
| 141. | A | Dividend | K | T | Buy | 12/18/20 | J | | |
| 142. IShares Inc Core MSCI Emerging Mkts ETF | | None | J | T | Buy | 02/04/20 | K | | |
| 143. | | | J | T | Sold (part) | 03/20/20 | K | D | |
| 144. IShares Russell 1000 Value ETF | | None | J | T | Sold (part) | 02/04/20 | N | F | |
| 145. IShares Russell 2000 Value ETF | | None | J | T | Sold (part) | 02/04/20 | M | E | |
| 146. IShares S&P 500 | | None | M | T | Buy | 02/04/20 | L | | |
| 147. | A | Dividend | M | T | Buy | 03/31/20 | L | | |
| 148. | A | Dividend | M | T | Buy | 06/19/20 | L | | |
| 149. | A | Dividend | M | T | Buy | 09/29/20 | L | | |
| 150. | A | Dividend | M | T | Buy | 12/18/20 | L | | |
| 151. IShares TR RUS 1000 GRW ETF | | None | J | T | Sold (part) | 02/04/20 | M | G | |
| 152. | | | J | T | Sold (part) | 02/04/20 | L | E | |
| 153. Loomis Sayles Global Allocation Class Y | | None | J | T | Sold (part) | 02/04/20 | L | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Loomis Sayles Strategic INC Y | A | Dividend | J | T | Buy | 01/30/20 | J | | |
| 155. | | | J | T | Sold (part) | 02/04/20 | K | D | |
| 156. Lord Abbett Bond Debenture Fund CL F | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 157. | | | J | T | Sold (part) | 02/04/20 | K | D | |
| 158. | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 159. Lord Abbett Short Duration Income CL F | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 160. | | | J | T | Sold (part) | 02/04/20 | M | A | |
| 161. | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 162. Mainstay Mackay Shrt Duration High Yld I | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 163. | | | J | T | Sold (part) | 02/04/20 | K | A | |
| 164. Oakmark Equity and Income FD Instl | | None | K | T | Buy | 02/04/20 | K | | |
| 165. | A | Dividend | K | T | Buy | 12/10/20 | K | | |
| 166. | B | Dividend | K | T | Buy | 12/10/20 | K | | |
| 167. Oakmark Intl Advisor Fund | | None | J | T | Sold (part) | 02/04/20 | M | B | |
| 168. Pear Tree Polaris Frgn Val SM Cap Inst | | None | J | T | Sold (part) | 02/04/20 | K | A | |
| 169. Permanent Portfolio | | None | J | T | Sold (part) | 02/04/20 | L | C | |
| 170. PGIM Short-Term Corp Bond CL Z | A | Dividend | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 01/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | J | T | Sold (part) | 02/04/20 | M | A | |
| 172. | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 173. PIMCO Total Return Fund CL I2 | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 174. | | | J | T | Sold (part) | 02/04/20 | K | A | |
| 175. | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 176. T Rowe Price Capital Appreciation I Class | | None | K | T | Buy | 02/04/20 | K | | |
| 177. | A | Dividend | K | T | Buy | 12/14/20 | K | | |
| 178. | B | Dividend | K | T | Buy | 12/14/20 | K | | |
| 179. | A | Dividend | K | T | Buy | 12/14/20 | K | | |
| 180. Templeton Global Bond Advisor Class | | None | J | T | Sold (part) | 02/04/20 | L | D | |
| 181. Thornburg Global Oppt Fd Instl Cl | | None | J | T | Sold (part) | 02/04/20 | L | E | |
| 182. Uniterd States Tres Bills Zero CPN 0.00000% 08/16/2020 | | None | J | T | Buy (add'l) | 02/05/20 | M | | |
| 183. | | | J | T | Redeemed (part) | 08/06/20 | M | A | |
| 184. Vaneck Vectors ETF TR Morningstar Wide | | None | K | T | Buy | 02/04/20 | K | | |
| 185. | A | Dividend | K | T | Buy | 12/28/20 | K | | |
| 186. Wisdomtree Emerging Markets SmallCap Dividend Fund | | None | J | T | Sold (part) | 02/04/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 01/06/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon J. Coleman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544